## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

|  |  |  |
|---|---|---|
| **CAPITAL FUNDING, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB-18-0215 |
| | ) | |
| **AVI "ZISHA" LIPSCHUTZ, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101(2)(a), Ari S. Casper, Esquire, and the law firm, The Casper Firm, LLC, counsel for Defendants, Avi "Zisha Lipschutz and Larry Lipschutz, hereby move to withdraw their appearance from the representation of Larry Lipschutz, and in support thereof state as follows:

1. Both defendants retained The Casper Firm, LLC as defense counsel to the above captioned case. In recent months, however, defendant Larry Lipschutz has been non-responsive to counsel's repeated requests to speak about the case. Over the course of several months, the undersigned has attempted to communicate with Larry Lipschutz *via* emails and telephone calls to discuss the issues, strategies, and overall defense of this case, as well as to secure documents and answers to plaintiff's discovery requests, but Larry Lipschutz has failed to respond.

2. On multiple occasions, counsel has informed Larry Lipschutz that they intend to withdraw.

3. As Exhibit A to this motion, the undersigned attaches the letter it has sent to Larry Lipschutz in compliance with Local Rule 101(2)(a), again advising him of the undersigned's need

to withdraw appearance.

4. The Certificate regarding Larry Lipschutz's last known address is attached hereto as Exhibit B.

5. Accordingly, the undersigned respectfully requests that this Honorable Court enter an order withdrawing the undersigned as counsel for Larry Lipschutz in the above-captioned case.

A proposed Order is attached hereto.

## **CONCLUSION**

For the foregoing reasons, the undersigned respectfully requests that the Honorable Court grant its Motion to Withdraw Appearance in the above-captioned matter.

Respectfully submitted,

*/s/ Ari S. Casper*
The Casper Firm, LLC
400 E. Pratt Street, Suite 903
Baltimore, MD 21202
(410) 989-5097 – Phone
(410) 630-7776 – Facsimile
acasper@casperfirm.com
Attorney for Defendants

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September 2018, the foregoing Motion to Withdraw Appearance with supporting exhibits were served *via* electronic filing on all counsel of record, including:

>Joseph F. Fiorill
>Katten Muchin Roseman LLP
>2900 K Street, NW
>North Tower- Suite 200
>Washington, D.C. 20007
>
>Paige Barr Tinkham
>Katten Muchin Roseman LLP
>525 W. Monroe Street
>Chicago, IL 60661
>Attorneys for Plaintiff

>>*/s/ Ari S. Casper*
>>Ari S. Casper