IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| CAPITAL FUNDING, LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-00215-CCB |
| AVI "ZISHA" LIPSCHUTZ and LARRY LIPSCHUTZ, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Capital Funding, LLC, and Defendant Avi "Zisha" Lipschutz, by undersigned counsel, hereby stipulate as follows:

1. This action is dismissed with prejudice solely as between Plaintiff Capital Funding, LLC, and Defendant Avi "Zisha" Lipschutz.

2. Neither the dismissal of Defendant Avi "Zisha" Lipschutz nor the acceptance of any settlement payment by Plaintiff Capital Funding, LLC, or any of its affiliates or agents shall have any effect on Plaintiff's or any of its affiliates' or agents' claims against Defendant Larry Lipschutz herein or in any other proceeding.

3. Each party to this Stipulation of Dismissal shall bear his/its own costs and attorney's fees incurred in this action.

*Approved*
*CCB*
*USDJ*
*10/11/19*

KATTEN MUCHIN ROSENMAN LLP

/s/ *Joseph F. Fiorill*
Joseph F. Fiorill (Fed. Bar No. 13783)
2900 K St. NW, N. Tower – Ste. 200
Washington DC 20007
(202) 625-3674 / (202) 298-7570 (fax)
joseph.fiorill@katten.com

*Counsel for Plaintiff*

LEADER BERKON COLAO &
SILVERSTEIN

/s/ *Michael J. Tiffany*
Michael J. Tiffany (admitted *pro hac vice*)
630 3rd Ave., 17th fl.
New York NY 10017
(212) 486-2400 / (212) 486-3099 (fax)
mtiffany@leaderberkon.com

*Counsel for Plaintiff*

CASPER LAW FIRM LLC

/s/ *Ari Scott Casper*
Ari Scott Casper (Fed. Bar No 14512)
400 E. Pratt St., Ste. 903
Baltimore MD 21202
(410) 989-5097 / (410) 630-7776 (fax)
acasper@casperfirm.com

*Counsel for Defendant Avi "Zisha" Lipschutz*