# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| CAPITAL FUNDING, LLC, | ) |
| Plaintiff, | ) Civil Action No. 1:18-CV-00215-CCB |
| v. | ) |
| AVI "ZISHA" LIPSCHUTZ, et al., | ) |
| Defendants. | ) |

## DEFENDANT LARRY LIPSCHUTZ'S RESPONSE TO ORDER REGARDING EFFECT OF AVI "ZISHA" LIPSCHUTZ'S DISMISSAL

Undersigned counsel for Larry Lipschutz respond as follows to this Court's October 11, 2019 Letter Order (ECF No. 55) regarding the effect of the Stipulation of Dismissal as to Avi "Zisha" Lipschutz on Larry Lipschutz's pending motions, ECF Nos. 34 and 45, and states as follows:

1. Undersigned counsel are not privy to the terms and conditions of the transaction (presumably a settlement agreement) that resulted in the Stipulation of Dismissal, and thus are not in a position to determine whether that transaction affects Larry Lipschutz's pending motions.

2. On October 29, 2019, undersigned counsel served on Larry Lipschutz a letter advising him of their intention to seek leave to withdraw as his counsel under the terms of Local Rule 101.2(a). Accordingly, undersigned counsel intend to file a motion seeking such relief on November 6, 2019.

3. To avoid prejudice to Larry Lipschutz, undersigned counsel respectfully request that the Court extend the time within Larry Lipschutz, either *pro se* or through new counsel, may substantively respond to the Court's inquiry set out in ECF No. 55 until 14 days after the Court resolves the forthcoming motion to withdraw.

Respectfully submitted,

Dated: November 1, 2019.
                              /s/ *John A. Bourgeois*
John A. Bourgeois (Bar No.: 11834)
Ryan A. Mitchell (Bar No.: 29151)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
jbourgeois@kg-law.com
rmitchell@kg-law.com

Alan J. Garfunkel*
Law Office of Alan J. Garfunkel LLC
63 Lincoln Road
Scarsdale, New York 10583
(212) 888-7300
(212) 888-7306 (fax)
agarfunkel@garfunkel.biz
*Admitted Pro Hac Vice

*Counsel for Defendant
Larry Lipschutz*