IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NOV 1 4 2019

CAPITAL FUNDING, LLC,   *

    v.   *   Civil Action No. CCB-18-0215

AVI "ZISHA" LIPSCHUTZ, *et al.*   *

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Capital Funding's motion to compel and for sanctions (ECF 25) is DENIED as moot as to the motion to compel and GRANTED as to sanctions;

2. Defendant Larry Lipschutz's motion for leave to file an amended answer to the complaint (ECF 45) is DENIED;

3. Capital Funding's motion for summary judgment (ECF 34) is GRANTED;

4. Judgment is ENTERED in favor of Capital Funding, LLC, against Larry Lipschutz in the amount of $6,250,000, plus pre-judgment and post-judgment interest as permitted by law;

5. Capital Funding's motion for costs and attorneys' fees is due within 14 days of the entry of judgment, pursuant to Local Rule 109.1(a) and 109.2(a), and such motion should also address the date when Capital Funding's entitlement to pre-judgment interest began;

6. The Clerk shall CLOSE this case; and

7. The Clerk shall SEND copies of this Order and the accompanying Memorandum to counsel of record.

11/14/19
Date

Catherine C. Blake
United States District Judge