# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Baltimore Division)

| | |
|---|---|
| CAPITAL FUNDING, LLC ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AVI "ZISHA" LIPSCHUTZ and ) <br> LARRY LIPSCHUTZ, ) <br> ) <br> Defendants. ) <br> ) | No. 1:18-cv-00215-CCB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Capital Funding, LLC, and Defendant Larry Lipschutz, by undersigned counsel, hereby stipulate as follows:

1. This action is dismissed with prejudice between Plaintiff Capital Funding, LLC, and Defendant Larry Lipschutz.

2. Defendant Avi "Zisha" Lipschutz was previously dismissed from this action on October 11, 2019 [Doc. No. 54] and accordingly, upon entry of the order approving this stipulation, this entire action shall be dismissed with prejudice and all pending motions, including Plaintiff's Motion for Attorneys' Fees [D.I. 66] and Plaintiff's Motion for Turnover [D.I. 102], shall be deemed moot upon dismissal.

3. Each party to this Stipulation of Dismissal shall bear his/its own costs and attorney's fees incurred in this action.

[Continued on Following Page]

122719441

AGREED:

| | |
|---|---|
| BLANK ROME LLP | KRAMON & GRAHAM, P.A. |
| By:   /s/ Paige B. Tinkham | By:   /s/ John A. Bourgeois |
| William J. Dorsey (admitted *pro hac vice*) | John A. Bourgeois (Bar No.: 11834) |
| Paige B. Tinkham (admitted *pro hac vice*) | Ryan A. Mitchell (Bar No.: 29151) |
| 444 W. Lake Street, Suite 1650 | One South Street, Suite 2600 |
| Chicago, Illinois 60606 | Baltimore, Maryland 21202 |
| ptinkham@blankrome.com | jbourgeois@kg-law.com |
| wdorsey@blankrome.com | rmitchell@kg-law.com |

-and-

Counsel for Defendant Larry Lipschutz

John E. Lucian (Fed. Bar No. 14096)
1 Logan Sq., 130 N. 18th St.
Philadelphia PA 19103
lucian@blankrome.com

Counsel for Plaintiff Capital Funding, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of May 2020, true and correct copies of the foregoing were served by electronic filing on all counsel of record.

          /s/ Paige B. Tinkham
Paige B. Tinkham

122719441